## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:21-cv-00330-MR-WCM

| | | |
|---|---|---|
| HOLLIE JUSTICE | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| M.N.S & ASSOCIATES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 7) filed by Shireen Hormozdi. The Motion indicates that Ms. Hormozdi, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Taylor L. Kosla, who the Motion represents as being a member in good standing of the Bars of Illinois and Wisconsin. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 7) and **ADMITS** Taylor L. Kosla to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 31, 2022

W. Carleton Metcalf
United States Magistrate Judge