# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00330-MR-WCM

| | |
|---|---|
| **HOLLIE JUSTICE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **M.N.S & ASSOCIATES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action against the Defendant M.N.S Associates, LLC on November 2, 2021. [Doc. 1]. On February 1, 2022, the Clerk of Court made an entry of default as to the Defendant. [Doc. 9]. More than sixty days have now passed, however, and the Plaintiff appears to have made no effort to prosecute the action further against the Defendant.

The Court will allow the Plaintiff fourteen (14) days to file an appropriate motion or otherwise take further action with respect to the Defendant. The Plaintiff is advised that failure to take further action against the Defendant will result in the dismissal of this action without prejudice.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant. **The Plaintiff is advised that failure to take further action against the Defendant will result in the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

Signed: April 21, 2022

Martin Reidinger
Chief United States District Judge