# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| HOLLIE JUSTICE, | ) | DEFAULT JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00330-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| M.N.S & ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision on the Plaintiff's Motion for Default Judgment [Doc. 12] and Motion for Costs of the Action and Attorney's Fees [Doc. 12-1] having been rendered;

IT IS ORDERED AND ADJUDGED that Default Judgment against Defendant M.N.S. & Associates, LLC is hereby entered in accordance with the Court's October 31, 2022 Memorandum of Decision and Order.

October 31, 2022

_____
Frank G. Johns, Clerk
United States District Court